**2000–2229.   Greene Cty. Bar Assn. v. Fodal.**

IT IS ORDERED by this court, sua sponte, that Joe R. Fodal, Attorney Registration No. 0011515,

last known business address in Fairborn, Ohio, be found in contempt for failure to comply with this court's order of May 14, 2001, to wit, failure to file an affidavit of compliance on or before June 13, 2001.